Adele T, Jeter aka
Adele Jeter-Wheaton
8158 Giles Street Unit #: 114.
Las Vegas, NV 89123
 Debtor In Pro Se
(702) 351-5678
e-mail: adelej11@gmail.com



FILED ✓
ENTERED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

JUN 2 2 2015

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Adele T. Jeter aka Adele Jeter-Wheaton,

Debtor,

---

~ Adele T. Jeter aka Adele Jeter-Wheaton

Appellate/Debtor

V.

EZPAWN NEVADA, INC., dba EZMONEY Loans, LLC; Dhazi Dakik, President /US Financial Services, Inc.;

Appellee(s)/Defendants.

2:15-cv-00913-GMN

USDC Appeal #: 2:15-cv-00931-GMN

CASE NO: 15-10806-LED

## MOTION TO ENLARGE TIME TO FILE OPENING BRIEF AND RETURNE IT TO THE CLERK'S OFFICE VIA THE APPELLATE

Comes Now, ADELE T. JETER aka ADELE JETER-WHEATON, Appellant in pro se, and hereby moves for an extension of time to file the "Opening Brief" from June 26, 2015 to July 15, 2015, and shows the Court the following:

1. *Background*, The Appellant's Brief is now due on June 26, 2015.

2. No other extensions has been file and/or granted.

3. *Authority*, Supreme Court Rule, 5.02

4. *Reasons,* Appellant is in pro se and has not been able to obtain an attorney to represent her in this case against the above herein-mentioned Appellee's

5. Appellant "AMENDED" her Notice of Appeal, for more accuracy of the circumstances of this case. (Filed simultaneously with this Motion for an Extension of time to file the opening brief.

6. Further, Appellant is a (75) seventy-five year old woman who has been ill and had (2) two surgical procedures during this period of time: Endoscopic Ultrasound (EUS), Esophagogastroduodenoscopy and Colonoscopy (some repair and/or removal of substances)

Because of this, the appellant asks the court for an extension of time to file from June 26, 2015 to July 15, 2015. This Motion is based upon the points and authorities attached hereto, all pleadings and papers on file herein and oral argument at the time of hearing on this matter.

## MEMORANDUM OF POINTS AND AUTHORITIES

Appellant is requesting an extension of time up to and until July 15, 2015 to file the Opening brief following documents.

1. The underlined Appellant in pro se has not previously request an extension of time in this case.

2. There will not be any prejudice to the Appellee in granting this request for extension of time to file the "Opening Brief".

3. This Motion is made in good faith, and not merely for the purpose of delay.

4. The undersigned certifies that the font and size in this Notice is Times Roman, 12 point, in compliance with said rules of court of the Nevada/San Francisco Appellate Procedure

I declare under penalty of perjury under the State Laws of Nevada and the United

States of America that a true and correct copy of the foregoing has been furnished via email / fax / certificate of mailing to Jon A. Pearson, attorney of record for Appellee's.

**WHEREFORE**, appellant respectfully request an extension of time to file the above herein-mentioned "Opening Brief".

**DATED this 19th day of June, 2015.**

By _____
Adele T. Jeter aka
Adele Jeter-Wheaton
8158 Giles Street Unit #: 114.
Las Vegas, NV 89123
Debtor In Pro Se
(702) 351-5678
e-mail: adelej11@gmail.com

---

**PRACTICE NOTE:** A motion for extension of time will be held seven business days plus three calendar day by the clerk of the appellate courts for response from opposing counsel. Rule 5.01(c). A motion which request twenty days of less will be acted upon immediately. See Rule 5.01(d). An adverse party consent will be considered but is not controlling. See Rule 5.02(b).

Motion for extension of time to file brief is perhaps the most common motion received by the clerk of the appellant courts. Even though they are common, there are still pitfalls to avoid when requesting a little bit more time to finish up a brief. First, every effort should be made to proofread the document for internal consistency. If the motion request 30 days at the beginning, it should also request 30 days at the end. Second, it is a good idea to check Supreme Court Rule 5.02 to see if additional information is required, for example, the attorney must give "reasons constituting, excusable neglect" if the motion is filed after the expiration of the existing brief due date. And finally, practitioners should know that motions for time are generally given in 30 day increments. There will never be an extension longer than 30 days. An attorney is free to request fewer than 30 days. However, he or she should be aware that the request will still count as an extension given by the court, even if all 30 days were not used.

## CERTIFICATE OF SERVICE

1. On June 21, 2015, by the following means to the persons as listed below:

    On June 21, 2015, I served the **"Appellants Motion to Extend Time to File Opening Brief",** [] Proposed Order, by the following means to the persons as listed below:

    ☒ **b. United States mail, postage fully prepaid** (*List persons and addresses. Attach additional paper if necessary*).

    Jon T. Pearson
    Nevada Bar No. 10182
    BALLARD SPAHR, LLP
    1735 Market Street, 51st Floor
    Philadelphia, PA 19103
    Tel: 215-665-8500
    Fax: 215-864-8999
    pearsonj@ballardspahr.com
    Attorney for Appellee

    Edward Chang
    Nevada Bar No. 11783
    BALLARD SPHAR, LLP
    100 North City Parkway
    Suite 1750
    Las Vegas, NV 89106
    Tel: 702-471-7000
    Fax: 702-471-7070
    change@ballardspahr.com

    Chapter 13 Trustee, Kathleen A. Leavitt
    201 Las Vegas South, Suite 200
    Las Vegas, NV 89101
    Tel: 702-853-0700
    Fax: 702-853-0713

Dated:  June 22, 2015.

Kelli Y. Clingman
For Appellant

Adele T, Jeter aka
Adele Jeter-Wheaton
8158 Giles Street Unit #: 114.
Las Vegas, NV 89123
Debtor in Pro Se
(702) 351-5678
E-mail: adelej11@gmail.com



UNITED STATES BANKRUPTCY COURT

DISTIRCT OF NEVADA

| | |
|---|---|
| Adele T. Jeter aka Adele Jeter-Wheaton,<br><br>Debtor, | USDC Appeal #: 2:15-cv-00931-GMN<br><br>BK CASE NO: 15:10806-led |
| Adele T. Jeter aka Adele Jeter-Wheaton<br><br>Appellate/Debtor<br><br>V.<br><br>EZPAWN NEVADA, INC., dba EZMONEY Loans, LLC; Dhazi Dakik, President /US Financial Services, Inc.;<br><br>Appellee(s)/Defendants. | **ORDER** |

### ORDER

THIS MATTER having come to this Court on Appellant Adele T. Jeter aka Adele Jeter-Wheaton, in pro se, moved the Court for Motion to Extend Time to File Opening Brief from June 26, 2015 through to July 15, 2015, for good cause showing:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Appellant is granted an extension of time up to and until July 15, 2015, to oppose Appellant's Motion for

an Extension of Time to File said Opening Brief is hereby GRANTED.

IT IS SO ORDERED

DATED this 25th day of June, 2015.

_____
Gloria M. Navarro, Chief Judge
United States District Court

**CLERK'S INDORSEMENT**

/Adele T, Jeter aka
Adele Jeter-Wheaton
8158 Giles Street Unit #: 114.
Las Vegas, NV 89123
 Debtor in Pro Se
(702) 351-5678
E-mail: adelej11@gmail.com

## CERTIFICATE OF SERVICE

1. On June 21, 2015, by the following means to the persons as listed below:

   On June 21, 2015, I served the []**Appellants Motion to Extend Time to File Opening Brief",** [] Proposed Order, by the following means to the persons as listed below:

   ☒ **b. United States mail, postage fully prepaid** (*List persons and addresses. Attach additional paper if necessary*).

   Jon T. Pearson
   Nevada Bar No. 10182
   BALLARD SPAHR, LLP
   1735 Market Street, 51st Floor
   Philadelphia, PA 19103
   Tel: 215-665-8500
   Fax: 215-864-8999
   pearsonj@ballardspahr.com
   Attorney for Appellee

   Edward Chang
   Nevada Bar No. 11783
   BALLARD SPHAR, LLP
   100 North City Parkway
   Suite 1750
   Las Vegas, NV 89106
   Tel: 702-471-7000
   Fax: 702-471-7070
   change@ballardspahr.com

   Chapter 13 Trustee, Kathleen A. Leavitt
   201 Las Vegas South, Suite 200
   Las Vegas, NV 89101
   Tel: 702-853-0700
   Fax: 702-853-0713

Dated: June 22, 2015.

*Kelli Y. Clingman*
For Appellant