# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | **District Case No. 2:15-cv-00913-GMN** |
| ADELE JETER-WHEATON, | Case No. BK-S-15-10806-LED |
| Debtor. | Chapter 13 |
| ADELE JETER-WHEATON, | **ORDER** |
| Appellant, | |
| v. | |
| EZPAWN NEVADA, INC. d/b/a EZMoney Loans, DHAZI DAKIK, and US FINANCIAL SERVICES, | |
| Appellees. | |

Upon consideration of the Motion to Extend Time to File Answering Brief (the "**Motion**") filed by appellees EZPAWN Nevada, Inc. d/b/a EZMoney Loans, Dhazi Dakik, and US Financial Services (collectively, "**EZPAWN**") on July 27, 2015, and good cause appearing,

**IT IS HEREBY ORDERED** that:

1. The Motion is granted;

2. The deadline for EZPAWN to file its answering brief shall be extended to August 6, 2015; and

3. Appellant Adele Jeter-Wheaton's reply brief shall be filed no later than 14-days after EZPAWN files and serves its answering brief.

**IT IS SO ORDERED.**

**DATED** this 28th day of July, 2015.

_____
Gloria M. Navarro, Chief Judge
United States District Court

DMEAST #21447206 v1